# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-20060-04 |
| JEROME TAYLOR, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER GRANTING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

Before the Court is Defendant Jerome Taylor's Motion for Termination of Supervised Release, filed March 14, 2025 (ECF No. 934) and the Request for Termination of Supervision Prior to Original Expiration submitted by United States Probation on August 5, 2025.

After a significant prison sentence, Mr. Taylor has spent the last two years of his three year term of supervised release rebuilding his life. He has maintained a stable residence and employment, and continued to make progressive strides towards achieving the objectives laid out for him by Probation.

Mr. Taylor's request for early termination of his supervised release is **GRANTED**. The Court commends Mr. Taylor's commitment to positive change in his life and encourages him to keep up the good work!

**IT IS SO ORDERED,** this 13th day of August, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE